UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: David A. Francis,<br>Attorney at Law, Bar No. 7705 )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:16-ms-047-GMN<br><br>**ORDER OF SUSPENSION** |

On June 21, 2016, this Court entered an Order to Show Cause Suspending David A. Francis, mailed via certified mail with a Certified Mail Return Receipt date of delivery of June 24, 2016. The Order to Show Cause provided Mr. Francis with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Francis. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that David A. Francis, Nevada State Bar #7705, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 9 day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>10th</u> day of November, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>David A. Francis
>c/o Thomas F. Pitaro, Esq.
>601 Las Vegas Blvd. South
>Las Vegas, NV 89101

Certified Mail No.:   7016 2070 0000 6879 6566

>/s/
>Deputy Clerk
>United States District Court,
>District of Nevada